IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

In re: Application for Exemption
from the Electronic Public
Access Fees by MIT
Graduate Students

\* \* \* \* \*

Misc. No. 09-14

## ORDER

This matter is before the Court upon the application and request by Jialan Wang, on behalf of four MIT graduate students, for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that Mr. Wang and his colleague graduate students at MIT fall within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Mr. Wang has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to court information.

Accordingly, Mr. Wang shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court, to the extent such use is incurred in the Court of their research on bankruptcy filings and the labor market. He and his colleagues shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court.

Additionally, the following limitations apply:

1. This fee exemption applies only to account number jw336 and is valid only for the purpose stated above.
2. This fee exemption applies only to the electronic case files of this Court that are available through the PACER system.
3. By accepting this exemption, Mr. Wang and his student colleagues agree not to sell for profit any data obtained as a result of receiving this exemption.
4. This exemption is valid until December 31, 2009.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

January 22, 2009

Benson Everett Legg, Chief Judge
United States District Court